IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 18 cv 6816<br>Judge Pallmeyer |
| v. | )<br>) | |
| DE GRAF CONCRETE CONSTRUCTION, INC. and MICHAEL G. PIRRON | )<br>)<br>) | |
| Defendants. | ) | |

## Notice of Voluntary Dismissal

To: David K. Welch
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, Suite 2100
Chicago, IL 60611

PLEASE TAKE NOTICE that on December 10, 2018, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs, hereby voluntarily dismiss this action without prejudice as to both Defendants, De Graf Concrete Construction, Inc. having filed Chapter 11 Bankruptcy, 18-29069.

Trustees of the Chicago Regional Council of
Carpenters Pension Fund et al.

By: s/ DANIEL P. McANALLY
Attorney for Plaintiffs


Daniel P. McAnally
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700