IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | Case No. 18 cv 6816 Judge Pallmeyer |
| v. | ) ) | |
| DE GRAF CONCRETE CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

## Judgment Order

WHEREAS, the Plaintiffs filed their Complaint on October 10, 2018 and the Defendant was served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, DE GRAF CONCRETE CONSTRUCTION, INC., in the sum of **$152,638.38** representing the following amounts:

a) ERISA Contributions (07/18 - 10/18)     $124,973.91

b) Interest on ERISA Contributions          $3,514.13

c) Liquidated Damages (04/18 - 10/18)       $13,472.04

d) Union Dues (08/18 - 10/18)               $5,815.30

e) Attorney Fees and Costs                  $4,863.00

**TOTAL**                                   **$152,638.38**

Further, Plaintiffs shall be awarded their attorney fees and costs incurred in their attempts to collect on this judgment in the post-judgment supplemental proceedings.

ENTERED:

_____
REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2019